IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA ANNE-MARIE PARKER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15887

Judge Jeremy C. Daniel

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 170 | Wenini Store |
| 67 | Liu26548 xu |
| 115 | Guanzhenpeng1992 |
| 191 | Lyingdiy |
| 175 | YANG SIGN |
| 133 | Diymood |
| 213 | TYTC |
| 184 | vivavt |
| 194 | Vmall shop |
| 207 | Beddingin |
| 116 | HJT sign |
| 181 | ShopStreet |
| 205 | Hello Nice day shopping |
| 199 | Landon decoration |
| 148 | fujianlonghushan |
| 196 | L39410'shop |
| 182 | YIN SIGNS |
| 179 | Kelly Basecap Shop |
| 214 | Fox Art |
| 210 | Flash point zuan shi hua |
| 71 | Sheyao |

| | |
|---|---|
| 183 | Colorful Daily |
| 192 | Artful |
| 176 | LUCY MODERN ART |
| 195 | Forever Art |
| 162 | WonderDealStudio |
| 86 | Art Iron Poster Shop |
| 212 | Sinyhu |
| 102 | WUYULU |

DATED:  December 26, 2023                                  Respectfully submitted,

                                                */s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604 Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 26, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt